# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3727

_____

Anthony Keith Lanos, and others in    *
class action suit that are still awaiting    *
the right to sue from the EEOC,    *
   *
       Appellant,    *   Appeal from the United States
   *   District Court for the Eastern
   v.    *   District of Arkansas.
   *
URS Logistics, doing business as    *      [UNPUBLISHED]
Americold Logistics, Inc.,    *
   *
       Appellee.    *

_____

Submitted: November 28, 2000

Filed: December 4, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Anthony Keith Lanos appeals the district court's order dismissing under Federal Rule of Civil Procedure 37(b)(2)(C) Lanos's employment discrimination action against his former employer, URS Logistics (URS). Lanos failed to provide URS with requested discovery, despite three court orders to do so. Having carefully reviewed the record, we conclude the district court did not abuse its discretion in dismissing Lanos's

action.  See Boogaerts v. Bank of Bradley, 961 F.2d 765, 768 (8th Cir. 1992) (per curiam) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.